UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
..................................................................

CAPITAL TERMINAL COMPANY,

          Plaintiff(s),

-against-

GETTY PROPERTIES CORP.
and GETTY REALTY CORP.,

          Defendant(s).
..................................................................

CONFERENCE NOTICE

CV-02-4982 (CBA)(RLM)

FILED
IN CLERK'S OFFICE
U.S. ... N.Y.
NOV 26 2002
P.M. _____
TIME A.M. _____

AMON, J.

    A CONFERENCE WILL BE HELD BY TELEPHONE ON *MONDAY, NOVEMBER 25, 2002 AT 11:30 A.M.*

    The conference call will be coordinated by Judge Amon's chambers. Please be available on the above date and designated time.

    SO ORDERED.

Dated:    Brooklyn, New York
            November 18, 2002

                                      Carol Bagley Amon
                                      United States District Judge
                                      718-260-2410

cc:    Robert Tofel         (212) 752-0007
       James Ryan, Esq.    (401) 861-8200